**NORTH AMERICAN VAN LINES, INC., Movant,**

v.

**COMMONWEALTH of Kentucky ex rel. Robert F. STEPHENS, Attorney General, Respondent.**

Supreme Court of Kentucky.

May 13, 1980.

Kent McElwain, James D. Moyer, Louisville, for movant.

Maurice A. Byrne, Jr., Asst. Deputy Atty. Gen., Frankfort, for respondent.

## OPINION AND ORDER

The Court, having considered the briefs of movant and respondent and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

It is directed that the opinion of the Court of Appeals herein rendered July 20, 1979, styled *Commonwealth ex rel. Stephens v. North American Van Lines, Inc.,* 600 S.W.2d 459, be published.

All concur except STEPHENS, J., who did not sit.

ENTERED May 13, 1980.

/s/ John S. Palmore
Chief Justice